PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Daniel Lee Kump**

**Docket No. 0:01CR00153-001-JMR**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Daniel Lee Kump** who was sentenced for Possession with Intent to Distribute Methamphetamine on May 7, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and mental health aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #7: The defendant shall refrain from the excessive use of alcohol.

Mr. Kump was arrested by Wright County law enforcement authorities on October 14, 2005, and charged with Fourth Degree Driving While Intoxicated. Mr. Kump acknowledged his blood-alcohol level was .12 at the time of his arrest.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall perform 50 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 25 day of October, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable James M. Rosenbaum
Chief U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Elizabeth M. Callahan
U.S. Probation Officer

Executed on October 21, 2005
Place Minneapolis

SCANNED
OCT 27 2005
U.S. DISTRICT COURT