Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Daniel Lee Kump

Docket No. 0:01CR00153-011(JMR)

**HEARING WAIVER**

I, Daniel Lee Kump, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall perform 50 hours of community service, as approved by the probation officer.

Signed: [signature]

Daniel Lee Kump
Supervised Releasee

Dated: 10-17-05

Witness: Elizabeth M. Callahan

SCANNED
OCT 27 2005
U.S. DISTRICT COURT MPLS