PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JAN 4 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Daniel Lee Kump**

**Docket No. 0:01CR00153-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Daniel Lee Kump** who was sentenced for Possession with Intent to Distribute Methamphetamine on May 7, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mental health aftercare and substance abuse treatment and testing. Conditions were modified on October 25, 2005, to include alcohol abstinence and 50 hours community service.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On November 26, 2005, Mr. Kump was arrested by Sherburne County, Minnesota, authorities and charged with Third Degree Driving While Intoxicated.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Jan Considered and ordered this 3d day of January 2006 ~~December 2005~~, and ordered filed and made a part of the records in the above case.

[signature]

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Elizabeth M. Callahan
U.S. Probation Officer

Executed on December 30, 2005
Place Minneapolis

SCANNED
JAN 04 2006
U.S. DISTRICT COURT MPLS

FILED JAN 4 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS
summons issued