**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA,

Plaintiff,

v.

Daniel Lee Kump (01),

Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE:Susan Richard Nelson
U.S. Magistrate Judge

Case No: CR-01-153 JMR/SRN
Date: January 18, 2006
Court Reporter:
Tape Number: 509 A
Time Commenced: 11:05 a.m.
Time Concluded: 11:10 a.m.
Time in Court: 5 Minutes

APPEARANCES:

Plaintiff: Nathan Petterson, Assistant U.S. Attorney
Defendant: Andrew Mohring
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed
Interpreter / Language: n/a

Date Charges Filed: 1-03-06

Offense: Supervised Release Violation - Arrested and charged with Third Degree Driving While Intoxicated.

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is **February 1, 2006 at 9:30 a.m.** before U.S. Chief Judge James M. Rosenbaum for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ final revocation

☐ Detention hearing waived ☐ Preliminary hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: **Remains on previous conditions of release.**

s/ Beverly Riches
Signature of Judicial Assistant