AO 83 (Rev. 12/85) Summons In A Criminal Case

REDACTED

RECEIVED JAN 23 2006 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-153 (1) JMR

Daniel Lee Kump

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

2006 JAN -4 P 4: 01 RECEIVED US MARSHALS SERVICE MPLS MN

| | |
|---|---|
| Place: | **Courtroom 8E**<br>**300 South Fourth Street**<br>**Minneapolis, MN 55415** |
| Before: | **Honorable Magistrate Judge Susan R. Nelson** |
| On: | **1/18/06 at 11:00 a.m.** |

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson

Jackie Ellingson, Deputy Clerk

Dated: January 4, 2006

SCANNED JAN 23 2006 U.S. DISTRICT COURT MPLS

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Tom Genz    Date: 1-12-06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defend[redacted]
Clearwater MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1-12-06
Date

A. Garber
Name of United States Marshal

T. Genz
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure