PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

APR 21 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Daniel Lee Kump**

**Docket No. 0:01CR00153-001(JMR)**

**Amended Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Daniel Lee Kump** who was sentenced for Possession with Intent to Distribute Methamphetamine on May 7, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mental health aftercare and substance abuse treatment and testing.

Alcohol abstinence and 50 hours community service (modified on October 25, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On November 26, 2005, Mr. Kump was arrested by Sherburne County, Minnesota, authorities and charged with Third Degree Driving While Intoxicated.

**Additional Violation**:

**Mr. Kump pled guilty in Sherburne County District Court to Third Degree Driving While Intoxicated on December 21, 2005. He was sentenced to 30 days confinement, a $400 fine, and court costs.**

**On April 13, 2006, Mr. Kump was sentenced in Wright County District Court for Gross Misdemeanor Check Forgery and ordered to pay $240.85 in restitution, fines, and fees. In that offense, Mr. Kump took two checks from another individual's check book and forged them in the amounts of $11.05 and $47.80 respectively. Mr. Kump told the investigating officer he was very intoxicated that night and did not recall all that transpired.**

**On April 15, 2006, Mr. Kump was arrested by the Sherburne County Sheriff's Office and charged with Fifth Degree Domestic Assault. The arrest report in that matter has not yet been received.**

SCANNED
APR 2[illegible] 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That the Petition dated December 20, 2005, be amended by the addition of the violation noted herein.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 21st day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on April 20, 2006
Place Minneapolis