**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
PROCEEDINGS BEFORE UNITED STATES JUDGE JAMES M. ROSENBAUM

**FINAL REVOCATION MINUTES** Court Reporter: Dawn Hansen

Criminal No. 01-153(1) JMR Date: 5/5/06

Interpreter: ______ Language ______

United States of America, Nate Petterson
Counsel for Government

v.

( 1) Daniel Lee Kump Andrew Mohring
Deft # Defendant Counsel for Defendant

**The Clerk is directed to change the deft's name from ______**

**to ______ and add the indicted name as an alias.**
True Name

**DEFENDANT WAS FOUND IN VIOLATION OF** Mandatory Condition #1

( x ) **Custody of Bureau of Prisons for** 6 months

______

(x) Previously Imposed Supervised Release to continue upon Deft's release, with conditions as outlined on the Judgment and Commitment Order
( ) Special Assessment of $ ____ for count __
(x) Deft returned to/ taken into custody of U.S. Marshal
(x) Deft advised of appeal rights
( ) Other counts dismissed on motion of government

Other remarks:.

s/ Karin Ciano
Signature of Deputy Clerk or Officer of the Court