PROB 12 (Rev. 11/1/2004)

RECE

JAN 2

CLERK, U.S. DIST COURT
MINNEAPOLIS, MINNESOTA

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Daniel Lee Kump**

**Docket No. 0:01CR00153-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Daniel Lee Kump** who was sentenced for Possession with Intent to Distribute Methamphetamine on May 7, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Psychological/psychiatric counseling/treatment
Abstain from alcohol (modified October 25, 2005)
50 hours Community Service (modified October 25, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not commit new federal, state or local crimes.

On January 3, 2007, the defendant was arrested and charged in Sherburne County, Minnesota, with Driving After Revocation. On January 8, 2007, the defendant admitted to this officer that he had been driving a vehicle without a valid driver's license. The defendant reported that he will plead guilty to these charges in Sherburne County on February 6, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 10 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 23rd day of January, 2007, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Amy E. West
U.S. Probation Officer

Executed on January 22, 2007
Place Minneapolis

JAN 2 2007
U.S.

cc: United States Sentencing Commission