Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Daniel Lee Kump

Docket No. 0:01CR00153-001

## HEARING WAIVER

I, Daniel Lee Kump, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 10 hours of community service, as approved by the probation officer.

Signed: [signature] Witness: [signature]

Daniel Lee Kump
Supervised Releasee

Dated: 1-16-07

SCANNED
JAN 24 2007
U.S. DISTRICT COURT MPLS