**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: SUSAN RICHARD NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR-01-153 JMR/SRN |
| | ) | Date: July 20, 2007 |
| Daniel Lee Kump, | ) | Court Reporter: |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:05 a.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney

Defendant: Andrea George ☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: /

Date Charges Filed: July 3, 2007 Offense: Use controlled substance. Failure to report to probation. Failure to submit to drug testing.

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**

**Next appearance date is July 23, 2007 at 9:30 a.m., Courtroom 8E before U.S. Magistrate Judge Susan Richard Nelson for:**

☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

☐ Detention hearing waived ☐ Preliminary hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/ Beverly Riches
Signature of Judicial Assistant