**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,** **Case No. CR-01-153 JMR/SRN**

**Plaintiff,**

**v.** **ORDER OF TEMPORARY DETENTION PENDING REVOCATION HEARING**

**Daniel Lee Kump,**

**Defendant.**

---

Upon motion of the United States it is ORDERED that a detention/ preliminary revocation hearing is set for July 23, 2007, at 9:30 a.m. before Magistrate Judge Susan Richard Nelson, in Courtroom 8E, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: July 20, 2007

s/ Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge