**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Daniel Lee Kump,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Susan Richard Nelson<br>U.S. Magistrate Judge<br><br>Case No: CR-01-153 JMR/SRN<br>Date: July 23, 2007<br>Court Reporter: N/A<br>Tape Number: 113/372-421<br>Time Commenced: 9:30 a.m.<br>Time Concluded: 9:33 a.m.<br>Time in Court: 3 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**

APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney

Defendant: Andrew Mohring,
√ FPD

Interpreter / Language: / English

On Violation of √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order

**Additional Information:**
**Defendant waived both preliminary revocation and detention hearing. Final revocation hearing is July 31, 2007, at 9:30 a.m., Courtroom 15E before Chief Judge James M. Rosenbaum.**

s/ AR
Signature of Duty Clerk