UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-153(01)(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER OF DETENTION** |
| DANIEL LEE KUMP, Defendant. | ) | |

This matter was before the Court on July 23, 2007, for a preliminary supervised release revocation hearing and a hearing on the government's motion for detention. The government was represented by Nate Petterson, Assistant United States Attorney. The defendant was present and represented by his attorney, Andrew Mohring, Assistant Federal Defender.

Defendant, having been advised of his right to a hearing on both issues, waived the hearing. Accordingly, the Court finds probable cause, and the matter is set for a final revocation hearing on July 31, 2007, at 2:30 p.m., before United States District Court Judge James M. Rosenbaum. With respect to the issue of detention, the motion of the government is granted, and it is ordered that defendant be detained pending the final revocation hearing.

Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: July 25, 2007

s/Susan Richard Nelson
Susan Richard Nelson
UNITED STATES MAGISTRATE JUDGE