A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JUL 26 2007
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES OF AMERICA

v.

Daniel Lee Kump

## WARRANT FOR ARREST

CASE NUMBER: **CR 01-153 JMR/SRN**

0741- 0703- 1065- D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Daniel Lee Kump

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

Stacey E. Kulevich

(By) Stacey E. Kulevich, Deputy Clerk

July 3, 2007 at Minneapolis, MN

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 7-19-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

2007 JUL -3 P 3:34
RECEIVED
US MARSHALS SERVICE
MPLS MN

SCANNED
JUL 27 2007
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm

DC Modified 5/17/07