**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Daniel Lee Kump,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 01-153 JMR/SRN
Date: July 31, 2007
Court Reporter: Dawn Hansen
Time Commenced: 2:54 p.m.
Time Concluded: 3:02 p.m.
Time in Court: 8 Minutes

## APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Andrew Mohring : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: Custody of BOP: 1 year and 1 day; supervised released terminated upon release from custody
: Written order to be issued.

s/Heather Labat
Calendar Clerk