# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**Daniel Lee Kump**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-CR-153(01)(JMR)**
USM Number: **09911-041**
Social Security Number: **8965**
Date of Birth: **1982**

**Andrew Mohring**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of conditions: **Mandatory Condition, Standard Condition and Special Condition** of the term of supervision.

[] was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | Refrain from use of controlled substance | May 31, 2007 |
| Standard Condition | Notify probation officer at least 10 days prior to change of residence / employment | July 2, 2007 |
| Special Condition | Submit to drug testing and treatment | June 15, 2007 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**July 31, 2007**
Date of Imposition of Judgment

s/ JAMES M. ROSENBAUM
Signature of Judge

**JAMES M. ROSENBAUM**, United States Chief District Judge
Name & Title of Judge

August 6, 2007
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: DANIEL LEE KUMP
CASE NUMBER: 01-CR-153(01)(JMR)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **1 year and 1 day. Defendant is to be given credit for time served.**

[**x**] The court makes the following recommendations to the Bureau of Prisons:
**Defendant to serve his confinement at a facility within the state of Minnesota, preferably remaining at Sherburne County.**

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ____________________________

at __________________________ , with a certified copy of this judgment.

__________________________
United States Marshal

By __________________________
Deputy United States Marshal

DEFENDANT: DANIEL LEE KUMP
CASE NUMBER: 01-CR-153(01)(JMR)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant's **supervised release shall terminate.**